UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN J. ZUNIGA-BRUNO, | ) | NO. ED CV 09-0881 JSL (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. L. NORWOOD, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 19, 2009.

/s/ Spencer Letts

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE